# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA NATERA,**

              **Plaintiff,**

**-vs-**                                     **Case No. 6:08-cv-2088-Orl-22DAB**

**MASTERCORP OF TENNESSEE, INC.,**

              **Defendant.**
_____/

## ORDER

This cause is before the Court on the Revised Joint Motion for Approval of Settlement (Doc. No. 25) filed on May 12, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 13, 2009 (Doc. No. 26) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Revised Joint Motion for Approval of Settlement (Doc. No. 25) is GRANTED.

3. The settlement is hereby APPROVED.

4. This case is DISMISSED and the Clerk is directed to CLOSE the file.

5. The Court retains jurisdiction to address Plaintiff's Motion for Attorneys Fees and Costs (Doc. No. 27).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 1, 2009.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge